

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00172-CV

**J-W POWER COMPANY**,
Appellant

v.

**DUVAL COUNTY APPRAISAL DISTRICT**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-19-210
Honorable Baldemar Garza, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the May 10, 2021 judgment is AFFIRMED. We ORDER appellant J-W Power Company to pay the costs of this appeal.

SIGNED March 16, 2022.

_____
Beth Watkins, Justice